**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| VICTOR JAVIER JIMENEZ-LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:10-cv-0342-JMS-MJD |
| | ) | |
| WARDEN LOCKETT, | ) | |
| | ) | |
| Respondent. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: _____

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Craig A Defoe
U.S. DEPARTMENT OF JUSTICE
craig.defoe@usdoj.gov

Victor Javier Jimenez-Lopez
No. 42912-279
Terre Haute - FCI
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808